**[DO NOT PUBLISH]**

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 12, 2005
THOMAS K. KAHN
CLERK

No. 04-13676
Non-Argument Calendar

D.C. Docket No. 03-20554-CR-ASG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENNISTON GLENROY BENT,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(May 12, 2005)

Before BIRCH, BARKETT and WILSON, Circuit Judges.

BY THE COURT:

Sheryl Joyce Lowenthal, appointed counsel for Denniston Glenroy Bent in

this direct criminal appeal, has moved to withdraw and filed a brief pursuant to

**Anders v. California**, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Bent's conviction and sentence are **AFFIRMED.**